Stanley Earl **CORBETT, Jr.,**
**Plaintiff–Appellant,**

v.

**G.J. BRANKER; Lieutenant Shelton; Sergeant Andino; Officer Fox; Officer McMillian; Officer Lee; Officer McDaniels; Officer Deming,** Defendants–Appellees.

No. 12–6262.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 26, 2012.

Decided: Aug. 1, 2012.

Stanley Earl Corbett, Jr., Appellant Pro Se. Lisa Yvette Harper, Assistant Attorney General, Raleigh, North Carolina, for Appellees.

Before MOTZ, DAVIS, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stanley Earl Corbett, Jr., appeals the district court's order denying his motion to compel discovery and granting summary judgment to the defendants on his claims brought pursuant to 42 U.S.C. § 1983 (2006). We affirm.

We review for abuse of discretion the denial of discovery prior to a grant of

summary judgment. *See Harrods Ltd. v. Sixty Internet Domain Names*, 302 F.3d 214, 244 (4th Cir.2002). A trial court has wide discretion in managing pretrial discovery, and an appellate court should not disturb its orders absent a clear abuse of discretion. *Ardrey v. United Parcel Serv.*, 798 F.2d 679, 682 (4th Cir.1986). We find no such abuse of discretion here.

Because Corbett has failed to otherwise challenge the substance of the district court's order, we affirm the judgment below and deny Corbett's motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*